Alan Steven Wolf – Bar No. 94665
Daniel K. Fujimoto - Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128
Attorneys for Creditor, BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Case No.: 14-43550 |
|---|---|
| Scott Brian Troxell and Leslie Ann Word | Chapter: 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID** |
| | **(No Hearing Date Set)** |

TO THE HONORABLE ROGER L. EFREMSKY, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 7 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor BANK OF AMERICA, N.A., requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

1

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID

507-9405

| | |
|---|---|
| 1 | All copies should be sent to the following address: |
| 2 | THE WOLF FIRM, A Law Corporation |
| 3 | 2955 Main Street, Second Floor |
| 4 | Irvine, CA 92614 |
| 5 | Date: February 20, 2015              Respectfully submitted, |
| 6 | THE WOLF FIRM, |
| 7 | A Professional Law Corporation |
| 8 | |
| 9 | By: /s/ Daniel K. Fujimoto |
|   | Daniel K. Fujimoto |
| 10| Attorney for Creditor |
|   | BANK OF AMERICA, N.A. |

| | |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | |
| 3 | RE: Scott Brian Troxell and Leslie Ann Word<br>CASE NO.: 14-43550 |
| 4 | |
| 5 | I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On <u>February 20, 2015</u>, I served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows: |

<div align="center">SEE ATTACHED LIST MARKED AS<br><u>EXHIBIT "1"</u> AND INCORPORATED<br>HEREIN BY REFERENCE</div>

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>February 20, 2015</u>, at Irvine, California.

<u>/S/ Madelynne T. Anderson</u>
Madelynne T. Anderson

3
REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID

| | |
|---|---|
| 1 | <div align="center">EXHIBIT "1"</div> |
| 2 | RE: Scott Brian Troxell and Leslie Ann Word |
|   | CASE NO.: 14-43550 |
| 3 | |
| 4 | **Debtor**: |
|   | Scott Brian Troxell |
| 5 | 2332 Doidge Avenue |
|   | Pinole, CA 94564-1007 |
| 6 | |
|   | **Debtor**: |
| 7 | Leslie Ann Word |
|   | 2332 Doidge Avenue |
| 8 | Pinole, CA 94564-1007 |
| 9 | **Debtors' Counsel**: |
|   | Patrick L. Forte |
| 10 | Law Offices of Patrick L. Forte |
|    | 1 Kaiser Plaza #480 |
| 11 | Oakland, CA 94612-3610 |
| 12 | **Chapter 7 Trustee**: |
|    | Marlene G. Weinstein |
| 13 | Law Office of Marlene G. Weinstein |
|    | 1111 Civic Drive, Suite 380 |
| 14 | Walnut Creek, CA 94596 |
| 15 | **U.S. Trustee**: |
|    | Office of the U.S. Trustee - Oakland |
| 16 | 1301 Clay Street Suite 690N |
|    | Oakland, CA 94612 |