1  MARLENE G. WEINSTEIN
   Chapter 7 Trustee
2  1511 M Sycamore Ave., #259
3  Hercules, CA 94547
   (925) 482-8982
4  mgwtrustee@mgwtrustee.com
5  Chapter 7 Trustee

The following constitutes
the order of the court. Signed August 19, 2015

6

7  _____
   Roger L. Efremsky
8  U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  **In re**                                    **Case No. 14-43550 RLE**
12                                                **Chapter 7**
    **SCOTT BRIAN TROXELL**
13  **and LESLIE ANN WORD,**                      **ORDER REGARDING TRUSTEE'S**
                                                  **FINAL ACCOUNT APPROVING**
14                                **Debtor(s).**  **TRUSTEE'S FEES AND EXPENSES**
15
16                                                **Date:  August 12, 2015**
                                                  **Time:  2:00 p.m.**
17                                                **Ctrm: 201**
18

19  Marlene G. Weinstein, trustee ("Trustee") of the above-referenced estate:

20  a)    having filed herein the Trustee's Final Report and Proposed Distribution which incorporated
          Trustee's request for compensation and expenses, and

21  b)    having given to all parties in interest written notice of said report and Trustee's request for
22        compensation and expenses:

23  IT IS HEREBY ORDERED as follows:

24  1.    That the Trustee is allowed an amount of $1,266.08 as reasonable compensation and $27.23 as
25        reimbursement of expenses; and,

26  2.    That the Trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

27
28                              *** END OF ORDER ***

1
2
3 **COURT SERVICE LIST**

No Mail Service Required

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28